UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DOUGLAS S. HOLLEY | CIVIL ACTION NO. 17-0827-P |
| VERSUS | JUDGE S. MAURICE HICKS JR. |
| SHERIFF'S OFFICE, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 15) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Section 1983 complaint is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of August, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE